IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

```
IN RE:  JOSEPH K. HANI & NATALIE A. KRASNOW AKA    ) Chapter 07
                                                   )
                                                   )
                                                   )
                                      – Creditor   ) No. 12-80024
Bank of America, N.A., successor by                )
merger to BAC Home Loans Servicing, LP             )
FKA  Countrywide Home Loans Servicing              )
LP                                                 )
                                                   )
                 v.                                ) Judge
                                                   ) Manuel Barbosa
JOSEPH K. HANI & NATALIE A. KRASNOW AKA – Debtor   )
                                                   )
```

NOTICE OF MOTION


TO:   SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON April 18, 2012 at    9:30 AM, or as soon thereafter
as counsel may be heard, I shall appear before the Honorable Manuel Barbosa, U.S.
Bankruptcy Judge, Will County Court Annex Building, 57 North Ottawa Street, Room
201, Joliet, Illinois 60432, and shall then and there present the attached Motion
and at which time you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that a copy of this notice was served to
the addresses attached by electronic notice through ECF or depositing the same at
the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 3,
2012, with proper postage prepaid.

```
                                      PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY             /s/Lydia Y. Siu
INFORMATION OBTAINED WILL BE          ARDC#6288604
USED FOR THAT PURPOSE**
                                      1 North Dearborn
                                      Suite 1300
                                      Chicago, Illinois 60602
                                      312-346-9088
PA12-0225
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Daniel  Donahue
P.O. Box 2903
Rockford, IL 61132-2903
**by Electronic Notice through ECF**

To Debtor:
JOSEPH K. HANI & NATALIE A. KRASNOW AKA NATALIE HANI
9824 S. West 34th Road
Gainesville, FL 32608
**by U.S. Mail**

10433 Hunter Trail
Huntley, IL 60142
**by U.S. Mail**

To Attorney:
Cutler and Associates, Ltd.
8430 Gross Point Rd, Ste 201
Skokie, Illinois 60077
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Il 60602
(312) 346-9088

PA12-0225

```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        WESTERN DIVISION
```

RE: JOSEPH K. HANI & NATALIE A.    )
KRASNOW AKA NATALIE HANI,          )
       Debtors,                   )  Chapter 7
                                  )
                                  )
                                  )  CASE NO. 12-80024
                                  )  JUDGE Manuel Barbosa
                                  )  Hearing: April 18, 2012
                                  )

**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 9824 S. West 34th Road, Gainesville, FL 32608 (the "Property").  The Required Statement is attached hereto, in accordance with Local Rule 4001-1.  In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtors on January 4, 2012.

2. The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $256,000.00 (the "Note"). Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured

     by the Property.  A copy of the Mortgage is attached hereto as Exhibit A.

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage.

5. As of February 28, 2012 the outstanding amount of the Obligations is:  $317,645.12.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $650 in legal fees and $176 in costs.  Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtors:

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 29 | 10/01/09 | 02/01/12 | $1,703.18 | $49,392.22 |

                                                                                        Total:$49,392.22

8. The estimated market value of the Property is $280,000.00. The basis for such valuation is found on Schedule A of the debtor's petition.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known,

including but not limited to the encumbrances granted to Movant, is $384,945.12.

10. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

April 3, 2012

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602
(312)346-9088